# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

148898-9(119)

JEANNE HARRISON,
      Plaintiff-Appellee,

v

MUNSON HEALTHCARE, INC.,
      Defendant-Appellant,
and

SURGICAL ASSOCIATES OF TRAVERSE CITY,
P.L.L.C., WILLIAM P. POTTHOFF, M.D., and
CINDY GILLIAND, R.N.,
      Defendants,
and

THOMAS R. HALL,
      Appellee.
_____/

SC: 148898-9
COA: 304512, 304539
Grand Traverse CC:
      2009-027611-NH

        On order of the Chief Justice, the motion of plaintiff-appellee for leave to file a brief in response to the supplemental brief filed by defendant-appellant is GRANTED. The responsive brief submitted on June 2, 2015, is accepted for filing.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2015

